| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 12/29/2020 |

WENDY SHINE, *individually and on behalf of her minor child, C.W.*,

          Plaintiff,

v.

NEW YORK CITY HOUSING AUTHORITY,

          Defendant.

No. 19-CV-4347 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On October 23, 2020, Defendant New York City Housing Authority filed a motion to dismiss Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). Under Local Rule 6.1(b), Plaintiff's response to Defendant's motion was due by November 7, 2020. *See* Local Rule 6.1(b). The Court has not received a response. No later than January 6, 2021, Plaintiff shall file either a response to Defendant's motion or a letter indicating that she does not intend to file a response. If Plaintiff chooses not to submit a response to the motion to dismiss, the Court will deem the motion fully briefed and take it under submission. If, however, Plaintiff does not respond to this Order, either by responding to the motion to dismiss or submitting a letter indicating that she does not intend to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 29, 2020
              New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge