```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY SHINE, *individually and on behalf of her minor child*, C.W.,

          Plaintiff,

v.

NEW YORK CITY HOUSING AUTHORITY,

          Defendant.

No. 19-cv-4347 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record during the January 11, 2022 oral argument, NYCHA's motion to dismiss Plaintiff's Second Amended Complaint is granted in part and denied in part. Specifically, Shine's claims on behalf of herself and C.W. under the Americans with Disabilities Act, the Rehabilitation Act, and the New York State Human Rights Law may proceed. Her negligence and intentional infliction of emotional distress claims are dismissed.

    By no later than January 26, 2022, the parties shall submit to the Court either a case management plan or a letter stating that the parties consent to settlement discussions, either before Magistrate Judge Cott or the Court-annexed mediation program.

    The Clerk of Court is respectfully directed to terminate the motion at docket 41.

SO ORDERED.

Dated:    January 12, 2022
          New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge