```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY SHINE, individually and on behalf of her minor child, C.W.,

                Plaintiffs,

      v.

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

19-CV-4347 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Earlier today, the Court was informed that mediation was unsuccessful in resolving the matter. No later than October 11, 2022, the parties shall submit a joint letter proposing next steps in this action.

    SO ORDERED.

Dated:   September 30, 2022
            New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge