UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY SHINE, individually and on behalf of her minor child, C.W.,<br><br>       Plaintiff,<br><br>   v.<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>       Defendant. | No. 19-CV-4347 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  As requested during today's conference, all discovery deadlines are hereby adjourned *sine die*. The parties shall update the Court on the status of settlement discussions in this matter no later than July 28, 2023.

SO ORDERED.

Dated:  June 28, 2023
      New York, New York

                     _____
                     Ronnie Abrams
                     United States District Judge