UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WENDY SHINE, *individually and on behalf of her minor child, C.W.*,

                 Plaintiff,

v.

NEW YORK CITY HOUSING AUTHORITY,

                 Defendants.

No. 19-CV-4347 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed during today's telephonic conference, Plaintiff intends to withdraw her claims with respect to her minor child. No later than Friday, December 22, 2023, Plaintiff shall submit to the Court a doctor's letter addressing the minor child's medical conditions, a proposed Order, and a letter containing relevant case law in support of Plaintiff's proposed Order.

SO ORDERED.

Dated:    December 18, 2023
           New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge