UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WENDY SHINE, *individually and on behalf of her minor child, C.W.*,

                Plaintiff,

v.

NEW YORK CITY HOUSING AUTHORITY,

                Defendant.

No. 19-cv-4347 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    During the telephonic conference held on December 18, 2023, Plaintiff's counsel explained that Plaintiff intended to withdraw all claims with respect to her minor child. Counsel agreed to provide to the Court a doctor's letter addressing the minor child's conditions, a proposed Order, and a letter containing relevant case law in support of Plaintiff's proposed Order. *See* Dkt. No. 76. On January 11, 2024, the Court again ordered Plaintiff to submit these documents no later than January 19, 2024 if she still seeks to withdraw her child's claims. *See* Dkt. No. 78. To date, the Court has received no responsive documents. Accordingly, it is hereby:

    ORDERED that, no later than February 8, 2024, the parties submit a joint letter to the Court providing an update on this case and proposed next steps.

SO ORDERED.

Dated:    January 25, 2024
           New York, New York

                                                _____
                                                Hon. Ronnie Abrams
                                                United States District Judge