UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WENDY SHINE,<br><br>       Plaintiff,<br><br>   v.<br><br>NEW YORK CITY HOUSING AUTHORITY,<br><br>       Defendants. | No. 19-CV-4347 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  The Clerk of Court is respectfully directed to strike ECF No. 81 from the docket. That Order contained an administrative error, but a corrected Order is available at Dkt. No. 82.

  The Clerk of Court is further respectfully directed to close this case.

SO ORDERED.

Dated:  February 16, 2024
     New York, New York

                         _____
                         Hon. Ronnie Abrams
                         United States District Judge